# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 4:08CR3145 |
| DEANTE CHAVATE LEVI GAINES ) | |
| ) | USM No: 22482-047 |
| Date of Original Judgment: 07/07/2009 ) | |
| Date of Previous Amended Judgment: 07/07/2010 ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  x GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  52  months **is reduced to**  42 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  7/7/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 28, 2011                           s/ Warren K. Urbom
                                                         *Judge's signature*

Effective Date:                                          Warren K. Urbom, United States Senior District Judge
*(if different from order date)*                         *Printed name and title*